UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY STEEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UPS GROUND FREIGHT, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02696-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 15 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: June 6, 2016

_____
WILLIAM H. ORRICK
United States District Judge